**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FRIENDLY PHARMACY INC. and SAMUEL J. ROBINSON PHARMACY INC., individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> PERFORMRX, LLC and AMERIHEALTH CARITAS HEALTH PLAN <br><br> *Defendants.* | CIVIL ACTION NO. 2:26-cv-03397 |

**JOINT STIPULATION TO EXTEND DEADLINE**
**FOR DEFENDANTS TO RESPOND TO COMPLAINT**

**WHEREAS**, Defendants PerformRx, LLC and AmeriHealth Caritas Health Plan (together "Defendants") filed a Notice of Removal in the Eastern District of Pennsylvania on May 18, 2026;

**WHEREAS**, Defendants served Plaintiffs Friendly Pharmacy Inc. and Samuel J. Robinson Pharmacy Inc. with a Notice of Removal filed in the Eastern District of Pennsylvania and a Notice of Removal filed in the Philadelphia Court of Common Pleas on May 18, 2026;

**WHEREAS**, the current deadline for Defendants to file a Motion to Dismiss is May 26, 2026;

**WHEREAS**, to promote efficiency and preserve the resources of the Parties and this Court, the Parties jointly **AGREE** and **STIPULATE**, subject to this Court's approval, to the following schedule for Defendants' anticipated Motion to Dismiss:

1. Defendants shall file a Motion to Dismiss on or before June 9, 2026;

2. Plaintiffs shall file a response on or before July 16, 2026;

1

3. To the extent necessary, Defendants shall file a Reply in Support of the Motion to Dismiss on or before August 6, 2026;

4. The Parties shall meet and confer within 7 days following this Court's ruling on any Motion to Dismiss to propose further scheduling deadlines to this Court.

5. Nothing herein prohibits Plaintiffs from filing a Motion to Remand, or any party from seeking an extension or stay of the deadlines set forth above in the event a Motion to Remand is filed.

So **STIPULATED** this 19th day of May 2026.

By: */s/ David J. Stanoch*

Ruben Honik (PA Bar No. 33109)
David J. Stanoch (PA Bar No. 91342)
**HONIK LLC**
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Tel: (267) 435-1300

*Counsel for Plaintiffs Friendly Pharmacy Inc. and Samuel J. Robinson Pharmacy Inc.*

By: */s/ Sean P. Fahey*

Sean P. Fahey (PA Bar No. 73305)
Daniel J. Boland (PA Bar No. 91263)
Christopher M. Brolley (PA Bar No. 322851)
Rebecca E. Younker (PA Bar No. 330496)
**TROUTMAN PEPPER LOCKE LLP**
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000

*Counsel for Defendants AmeriHealth Caritas Health Plan and PerformRx, LLC*

So **ORDERED** this _____21st_____ day of _____May_____, 2026

BY THE COURT:

/s/ Hon. Kelley B. Hodge

J.

2